FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CAESAR ALFONSO DILAN,<br>Defendant. | Criminal Case No. 08CR156-DMS<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) - Harboring Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about December 19, 2007, within the Southern District of California, defendant CAESAR ALFONSO DILAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Guzman-Maya, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a building located at 739 First Street, Apartment B, Calexico, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: January 17, 2008.

KAREN P. HEWITT
United States Attorney
[signature]
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
1/16/08