AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CAESAR ALFONSO DILAN

## WAIVER OF INDICTMENT

CASE NUMBER: ~~07MJ8999~~ 08CR0156-DMS

I, CAESAR ALFONSO DILAN, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 1/15/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before ______________
Judicial Officer

FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY