UNITED STATES DISTRICT COURT

2008 JAN 17 P 3:01 SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Caesar Alfonso Dilan

Defendant(s)

08CR0156 DMS

CRIMINAL NO. 08MJ8999

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gerardo Guzman-Maya

DATED: 1/17/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082